**Order entered December 3, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00362-CR
No. 05-18-00363-CR
No. 05-18-00364-CR

**JOHN F. SEAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-44837-P, F17-44838-P & F17-44846-P**

## ORDER

We **REINSTATE** these appeals.

We abated these appeals for a hearing to determine whether appellant should be entitled to represent himself on appeal. The trial court held a hearing and made findings of fact. We **ADOPT** the trial court's findings that (1) appellant appeared and indicated he wished to represent himself pro se; (2) appellant's waiver of appointed counsel was made competently, voluntarily, knowingly, and intelligently; (3) after the trial court admonished appellant on the dangers and disadvantages of self-representation on appeal, appellant appeared fully aware of the same; and (4) appellant is capable of representing himself in a manner that will not harm the interests of himself or the State and appellant's self-representation can be accomplished without

obstructing the orderly procedure of his appeals or without interfering with the fair administration of justice.

We **DIRECT** the Clerk of the Court to **REMOVE** Bruce Anton as appellant's appointed counsel. Appellant is now representing himself pro se. All future correspondence, including a copy of this order, shall be sent to John Seay, 1822 Young Street, Dallas, TX 75201.

Appellant's brief is **DUE** thirty days from the date of this order.


/s/ LANA MYERS
   JUSTICE